[No. 3250.   Decided May 31, 1899.]

M. OLSEN, *Appellant*, v. A. MANSFIELD *et al.*, *Respondents*.

Appeal from Superior Court, Lincoln County.—Hon. CHARLES H. NEAL, Judge.   Affirmed.

*H. N. Martin* and *Harris Baldwin*, for appellant.

*Myers & Warren*, for respondents.

PER CURIAM.—This case falls within the rule announced by this court in *Moran Bros. v. Northern Pacific R. R. Co.*, 19 Wash. 266, wherein it was held that "an objection that the pleadings do not show that a tender was kept good cannot be raised for the first time on appeal."   On authority of that case, the judgment of the lower court is affirmed.